

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00412-CR

The **STATE** of Texas,
Appellant

v.

Sebastian Scott **FLORES**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR130259
Judge Spencer W. Brown, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  August 30, 2013.

DISMISSED

        On August 23, 2013, the State filed a motion to dismiss the appeal.  The motion is granted,

and the appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).


                                                    PER CURIAM

DO NOT PUBLISH